UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
:
:           Hon. Joseph H. Rodriguez
:           Civil Action No. 09-4710
v.
:           Criminal No. 05-721
:
JAMES A. RUSSELL,
:
:

## ORDER

This matter having come before the Court on an application by James A. Russell,

pursuant to 28 U.S.C. § 2255, and the Court having considered the submissions of the

parties, without an evidentiary hearing, and for the reasons set forth in the Opinion of

even date,

IT IS on this 15th day of November, 2010 hereby

ORDERED that Petitioner's motion to vacate, set aside, or correct sentence

pursuant to 28 U.S.C. § 2255 is denied; and it is further

ORDERED that, in light of the failure of Petitioner to demonstrate the denial of a

constitutionally protected right and pursuant to 28 U.S.C. § 2253(c), no certificate of

appealability shall issue.

/s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE

1